**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Case No.: 1:24cv09969-VSB

KAREN CHEUNG (a/k/a WING TSZ CHEUNG),

                              Plaintiff,

v.

APTORUM GROUP LIMITED, APTUS
MANAGEMENT LIMITED, IAN HUEN
CHUNG YUEN, and JURCHEN INVESTMENT
CORPORATION,

                              Defendants.

_____/

## DEMAND FOR SERVICE OF COMPLAINT

PLEASE TAKE NOTICE THAT Defendants Aptorum Group Limited and Ian Huen Chung

Yuen hereby demand, pursuant to New York CPLR 3012(b), that you serve a copy of the complaint

upon the undersigned within 20 days after service of this demand upon you. In the event you fail

to respond hereto, a motion may be made to dismiss the action.

Dated:  December 30, 2024
        Miami, Florida

                              Respectfully Submitted,

                              /s/ Jenny Johnson-Sardella
                              Mark David Hunter, Esquire
                              New York Bar No. 12995
                              Jenny Johnson-Sardella, Esquire
                              New York Bar No. 4225850
                              Hunter Taubman Fischer & Li LLC
                              848 Brickell Avenue, Suite 200
                              Miami, Florida 33131
                              Telephone:    (305) 629-1180
                              Facsimile:    (305) 629-8099
                              E-Mail:       mhunter@htflawyers.com
                                            jardella@htflawyers.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on December 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on Plaintiff's address listed below via electronic mail.

Karen Cheung
1178 Broadway 3rd Floor #1066
New York, NY 10001
Email: Wtcheung03@gmail.com

*Plaintiff*

/s/ *Jenny Johnson-Sardella*
Jenny Johnson-Sardella, Esq.