

Minyao Wang
77 Water Street, Suite 2100
New York, New York 10005
Minyao.Wang@lewisbrisbois.com
Direct: 646.989.9428

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon S. Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.**  01/17/2025
>
> Application granted. The Court will separately refer general pretrial proceedings to the designated Magistrate Judge.
>
> The Clerk of Court is respectfully directed to terminate the pending motions at Docs. 4 and 5.

Re:   *Cheung v. Aptorum Group Limited et al.* **(Case No. 1:24-cv-09969-VSB)**

Dear Judge Broderick:

I represent Plaintiff Karen Cheung in the above-captioned case. I write together with counsel to Defendants Ian Huen and Aptorum Group Limited ("Defendants"). On December 27, 2024, Defendants removed the case to this Court from the New York state court. On December 30, 2024, Defendants served a demand for a complaint on Ms. Cheung. Ms. Cheung previously commenced the case pro se in state court by filing a summons with notice. Ms. Cheung is currently due to serve her complaint on Defendants by January 21, 2025, the day after the Martin Luther King Jr. Day holiday weekend.

Ms. Cheung is currently in the process of engaging Lewis Brisbois LLP as her counsel in this litigation. In light of this process, the upcoming holiday weekend and the Chinese New Year holiday, which begins on January 28, 2025, and which Mr. Wang, Ms. Cheung and Mr. Huen all observe. The parties have discussed a reasonable schedule governing the forthcoming Complaint and any related motion practice.

The parties have agreed as follows:

1. Ms. Cheung shall serve her Complaint by **February 14**, **2025**;
2. Defendants shall have **forty-five (45) days** to respond or answer the Complaint;
3. If Defendants elect to file a motion to dismiss the Complaint, Ms. Cheung shall have **forty (40)** days to oppose such a motion;
4. Defendants will then have **thirty (30) days** to file any reply in support of such a motion.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

January 16, 2025
Page 2

This is the parties' first request for an extension of time.

The parties thank the Court for its attention.

Very truly yours,

/s/ *Minyao Wang*

Minyao Wang of
LEWIS BRISBOIS BISGAARD & SMITH LLP

MW

Cc: All Parties via ECF