**MEMO ENDORSED.**

# H|T|F|L

## HUNTER TAUBMAN FISCHER & LI LLC

NEW YORK    WASHINGTON, D.C.    MIAMI

JENNY JOHNSON-SARDELLA, ESQ.  
(ADMITTED CA, NY, FL AND DC)

E-MAIL: JSARDELLA@HTFLAWYERS.COM

April 9, 2025

<u>Via ECF</u>

Honorable Ona T. Wang  
United States District Judge  
Daniel Patrick Moynihan Courthouse  
500 Pearl Street, Courtroom 20D  
New York, New York 10007

Re:   *Cheung v. Aptorum Group Limited et al.*  
      <u>Case 2:24-cv-09969-VSB</u>

Dear Judge Wang:

> The conference is **ADJOURNED** *sine die*. The parties' application to appear remotely is **DENIED**. The parties are directed to meet and confer and file a letter on the docket by **April 18, 2025**, proposing three dates and times during the weeks of May 12 and May 19 when all counsel are available for an in-person conference.
>
> **SO ORDERED.**
>
> _____  
> Ona T. Wang                    Apr. 11, 2025  
> U.S.M.J.

Our office represents Defendants Aptorum Group Limited and Ian Huen (collectively, the "Defendants") in the above-referenced action. Pursuant to Rule III(a) of Your Honor's Individual Practices in Civil Cases, the undersigned writes jointly on behalf of Defendants and Plaintiff (collectively, the "Parties") to request that the Initial Pretrial Conference currently scheduled for April 22, 2025, at 2:00 pm, be conducted remotely via telephone or video. *See* Docket Entry ("D.E.") 13. The undersigned is based in South Florida and lead counsel for Plaintiff (Mr. Wang) is scheduled to be on the West Coast on April 22 due to a long-scheduled business trip.

The Parties conducted their Federal Rule of Civil Procedure 26(f) Conference on Tuesday, April 1, 2025, and have been able to amicably draft a proposed scheduling order. The Parties do not anticipate the need for a protracted conference. As such, the undersigned respectfully requests on behalf of the Parties that they be allowed to appear at the Initial Pretrial Conference remotely to preserve costs and travel expenses. The undersigned, along with Mr. Wang, thank the Court for its attention in this matter.

Respectfully submitted,

*Jenny Johnson-Sardella*

cc:   Minyao Wang, Esquire (Via ECF)  
      *Counsel for Plaintiff Karen Cheung*