**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
KAREN CHEUNG,

        Plaintiff,

        -against-

APTORUM GROUP LIMITED, et al.,

        Defendants.

------------------------------------------------------------x

24-CV-9969 (VSB) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 22.

The parties' request to adjourn the Initial Case Management Conference is **DENIED**.

At the conference, the parties should be prepared to discuss the potential scope of Plaintiff's amended complaint, and whether she intends to join the defendants from *Cheung v. Securis Capital Limited et al.*, 25-CV-470 (LJL).

In lieu of a Rule 26(f) Report, the parties are directed to submit a joint agenda for the conference by **9:00 a.m., Tuesday, May 13, 2025**.

        **SO ORDERED.**

Dated: May 9, 2025
       New York, New York

                                          *s/ Ona T. Wang*
                                              **Ona T. Wang**
                                  United States Magistrate Judge