**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
KAREN CHEUNG,

           Plaintiff,

           -against-

APTORUM GROUP LIMITED, et al.,

           Defendants.

------------------------------------------------------------x

24-CV-9969 (VSB) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 29. The following briefing schedule will apply to Defendants' anticipated motion to dismiss the amended complaint:

- Defendants' motion to dismiss is due **Friday, July 18, 2025**;
- Plaintiff's opposition is due **Monday, August 18, 2025**; and
- Defendants' reply is due **Monday, September 8, 2025**.

Additionally, it has come to the Court's attention that the parties have not filed their Rule 26(f) Report, as directed in the Court's Order of May 14, 2025. (ECF 25). The parties' deadline to submit their Rule 26(f) Report for the Court's review is **EXTENDED, *nunc pro tunc***, to **Friday, June 13, 2025**.

    **SO ORDERED.**

Dated: June 9, 2025
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge