**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAREN CHEUNG,<br><br>Plaintiff,<br><br>-against-<br><br>APTORUM GROUP LIMITED, et al.,<br><br>Defendants. | 24-CV-9969 (VSB) (OTW)<br><br>**ORDER** |

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference in this matter on October 14, 2026. As discussed at the conference, by **October 30, 2026:**

- Parties are directed to file a joint status letter that details Plaintiff's plan for the unserved defendants and whether and how parties plan to carry out limited rolling discovery going forward;
- Parties are additionally directed to file a revised Rule 26(f) report with concrete dates for discovery completion without prejudice to further extensions;
- If parties intend to stay all discovery, parties must make a letter motion on the docket that explains why parties think a stay of discovery is appropriate.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 15, 2026
New York, New York